Stacey King
PO Box 20671
Las Vegas, NV 89112
Telephone: (702) 372-3721; Email: en-bogota@outlook.com
PLAINTIFF IN PROPER PERSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

STACEY KING, an individual

    Plaintiff,

-vs-

MUTUAL OF OMAHA INSURANCE COMPANY, a foreign business corporation

    Defendant.

NO. 2:18-cv-01821

**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

## INTRODUCTION

The parties, Plaintiff Stacey King and Defendant Mutual of Omaha Insurance Company, hereby jointly stipulate to a 60-day extension of the currently scheduled discovery deadlines as set forth below.

## II. RECITALS/GROUNDS FOR RELIEF

Pursuant to Rule 16, a party make seek modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause" exists when a scheduling deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). A party may establish good cause by showing (1) that [he or she] was

diligent in assisting the court in creating a workable Rule 16 order; (2) that [his or her] noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding [his or her] diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) that [he or she] was diligent in seeking amendment of the Rule 16 order, once it became apparent that he or she could not comply with the order. Hood v. Hartford Life & Accident Ins. Co., 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (citation omitted). The current deadline to complete all non-expert discovery is March 26, 2019. The parties stipulate and agree to extend the non-expert discovery cut-off deadline because additional time is needed to adequately and fairly complete the discovery process. The parties are currently and diligent negotiating to resolve various scheduling issues in terms of party and witness deposition to complete non-expert discovery in the most efficient manner possible; however, because of counsel's schedule and the out-of-state witnesses' schedules, the depositions will not take place until April. Defendant is also planning to depose Plaintiff; however, Defendant only recently obtained the authorizations necessary to subpoena Plaintiff's medical records. Furthermore, Plaintiff has recently returned to work, which is a factual development Defendant wishes to explore through further discovery. Extending the non-expert discovery deadline pursuant to this stipulation will allow the parties an opportunity to negotiate informally to complete the discovery process without further involvement of the court. The parties make this request to extend the discovery cut-off date after ultimately concluding that avoiding this request is not feasible.

AND, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING: 1. To extend the non-expert discovery cut-off deadline 60 days, to May 26, 2019. The remaining case deadlines are not affected by this requested extension.

SO STIPULATED.

DATED: 3/4, 2019.    Respectfully Submitted,

*(signature)*
Plaintiff, Stacey King, In Proper Person

DATED: 3/4, 2019.

*Concurred Via Email*
Kristina Holmstrom
Attorney for Defendant

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ___3/5___, 20_19_, I placed a true and correct copy of the above **STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE AND ORDER** in the United States Mail at Las Vegas, Nevada, with first-class postage prepaid, addressed to the following:

Ogletree, Deakins, Nash, Smoak & Stewart
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

DATED: ___3/5___, 20_19_.

Plaintiff, Stacey King,
In Proper Person

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

STACEY KING, an individual

          Plaintiff,

-vs-

MUTUAL OF OMAHA INSURANCE COMPANY, a foreign business corporation

          Defendant.

NO. 2:18-cv-01821

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES**

## ORDER

The Court finds good cause to extend the fact discovery deadline, in light of scheduling conflicts, for 60 days until May 26, 2019.

IT IS SO ORDERED.

Dated: March 7, 2019

_____
United States Magistrate Judge