Kristina N. Holmstrom
State Bar No. 10086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Kristina.Holmstrom@ogletree.com

*Attorneys for Mutual of Omaha Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STACEY KING, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a foreign business corporation,<br><br>        Defendant. | No. 2:18-cv-01821-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Stacey King ("Plaintiff") and Defendant Mutual of Omaha Insurance Company ("Mutual of Omaha") hereby stipulate to dismiss this case with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED this 26th day of July 2019.

| | |
|---|---|
| PRO PER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/ Stacey King<br>    Stacey King<br>    P.O. Box 20671<br>    Las Vegas, NV 89112<br>    en-bogota@outlook.com<br><br>    *Pro Per* | By: s/ Kristina N. Holmstrom<br>    Kristina N. Holmstrom<br>    State Bar 10086<br>    2415 East Camelback Road<br>    Phoenix, AZ 85016<br>    Tel.: 602.778.3700<br>    kristina.holmstrom@ogletree.com<br><br>    *Attorneys for Defendant* |

IT IS SO ORDERED:

DATED: July 30, 2019

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing. The document was transmitted via first-class mail to:

Stacey King
P.O. Box 20671
Las Vegas, NV 89112
en-bogota@outlook.com


 s/ Susan Stimson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

39374720.1